UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| PHYLISIA DAVIS | ) | |
| | ) | |
| Plaintiff(s), | ) CIVIL ACTION | 2:23-cv-02156-JWB-RES |
| | ) CASE NO. | |
| v. | ) | |
| | ) | |
| KALAN HARRIS, et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

# A D R   R E P O R T

**TYPE OF ADR:**   Mediation ☑   Other:_____ ☐

**Name of Mediator or other Neutral:**   Joe Eischens

**ADR Session Held (date):**   01/08/2024

**Additional Session(s) Held, if any (date):**

**Results of Referral to ADR:**

☐ Case settled **before** ADR          ☐ Case did **not** settle

☑ Case settled **at** ADR session      ☐ Case settled in part

**Mediation Fees** (answer only if private mediator used):   Hourly at 450/hr
Did neutral serve pro bono? Yes ☐   or No ☑.

Did neutral serve for a reduced fee?  Yes ☐   or No ☑.

**Status of litigation when ADR occurred**–please check one:
TRO ☐          pre-discovery ☐          partial discovery ☑          discovery complete ☐
pending dispositive motion ☐     After dispositive motion ruling ☐     other ☐ _____

**Length of ADR session**:   Approximately six hours plus follow up.

Dated: 1/16/24                                      /s/Sarah C. Liesen
                                                    Attorney Signature

**(ATTENTION: This form is to be FILED by defense counsel within fourteen days of the conclusion or cancellation of the ADR session. This form must be completed and returned even if the ADR session was not held. Additional forms may be retrieved from the Court's website at https://ksd.uscourts.gov/attorney-forms).**

**THIS FORM IS <u>FILED</u>**

No information other than that specifically requested should be included on this form.